O

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATANAK KIM,<br><br>   Petitioner,<br><br>   v.<br><br>F. FOULK, Warden,<br><br>   Respondent. | Case No. CV 13-9092 JGB (MRW)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 24, 2017

                HON. JESUS G. BERNAL
                UNITED STATES DISTRICT JUDGE